**Natividad SILVA, Jr., Petitioner–Appellant,**

v.

**K.J. WENDT, Warden, FCI Seagoville, Respondent–Appellee.**

**No. 03–11084
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

Natividad Silva, Jr., Seagoville, TX, pro se.

---

Angie Lee Henson, Assistant US Attorney, US Attorney's Office, Fort Worth, TX, for Respondent–Appellee.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Natividad Silva, Jr., federal prisoner # 23368–077, appeals from the district court's dismissal of his 28 U.S.C. § 2241 petition. Silva argues that the district court erred by holding that his 28 U.S.C. § 2241 petition was subject to dismissal because it did not warrant application of the "savings clause" set forth in 28 U.S.C. § 2255. Because Silva's claims fail to meet the requisite standard, the "savings clause" is not applicable to Silva's 28 U.S.C. § 2241 petition. *See Reyes–Requena v. United States*, 243 F.3d 893, 904 (5th Cir.2001).

Accordingly, the district court's judgment is AFFIRMED. Silva's motion seeking an emergency preliminary injunction is DENIED.

AFFIRMED; MOTION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

